UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01066 RGK (DSR) Date: August 4, 2026

Title K.A.O.T. v. Kristi Noem, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY FINAL JUDGMENT SHOULD NOT BE ENTERED ON TERMS OF TEMPORARY RESTRAINING ORDER**

On June 8, 2026, Judge Klausner entered a Temporary Restraining Order in this case, ordering Respondents to provide Petitioner "with a due process hearing to determine if there is a valid reason for his re-detention: flight risk or danger to the community" within 10 days of the date of that Order, and to release Petitioner if there is no valid reason for re-detention. See Doc. No. 25. On June 24, 2026, Respondents filed a Status Report stating that at a hearing on June 17th, the Immigration Judge granted Petitioner release on bond. See Doc. No. 26.

A status conference in the above-referenced matter is hereby set for **August 11, 2026, at 3:00 p.m**. in Courtroom 690 of the Roybal Federal Building and Courthouse. The parties are ordered to show cause at the status conference why the preliminary relief entered by the District Judge should not be converted immediately to a final judgment on the merits for the same reasons and on the same terms provided in the order granting the Temporary Restraining Order. See 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); cf. Fed. R. Civ. P. 65(a)(2).

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the District Judge's order granting preliminary relief no later than **August 7, 2026**. If the parties file a stipulation and proposed judgment granting the petition, the parties do not have to appear at the August 11, 2026, status conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01066 RGK (DSR) Date: August 4, 2026

Title K.A.O.T. v. Kristi Noem, et al.

Nothing in the stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

**IT IS SO ORDERED**

:

**Initials of Preparer** LK