JS-6

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

K.A.O.T.,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*.

Respondents.

No. 5:26-cv-01066-RGK-DSR

~~[PROPOSED]~~ ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241

**[28]**

///
///
///

On August 7, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in the Court's Order granting a temporary restraining order without requiring further proceedings.

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 and for the reasons stated in the Court's Order granting a temporary restraining order (Dkt. 25), the Petition is granted. Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Date: **August 13**, 2026.

Gary Klausner

Honorable R. Gary Klausner
United States District Judge